AARON D. FORD
 Attorney General
JARED M. FROST (Bar No. 11132)
 Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Ave., #3900
Las Vegas, Nevada 89101
(702) 486-3177 (phone)
(702) 486-3773 (fax)
E-mail: jmfrost@ag.nv.gov

*Attorneys for Defendants*
*Devona Jimenez and Patrick Moreda*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD E. MITCHELL, JR., <br><br> Plaintiff, <br><br> vs. <br><br> STATE OF NEVADA, ex rel, <br><br> Defendants. | Case No. 2:17-cv-00986-JAD-BNW <br><br> **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTION** <br><br> **(Second Request)** |

Defendants Devona Jimenez (Troutman) and Patrick Moreda, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Jared M. Frost, Senior Deputy Attorney General, hereby move for an additional thirty (30) day extension of time to file a summary judgment motion. Defendants' motion is made and based on Rule 6 of the Federal Rules of Civil Procedure, the following memorandum of points and authorities, the attached Declaration of Counsel, the pleadings and papers on file, and any other evidence the Court deems appropriate to consider.

///

///

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.  BACKGROUND**

This is an inmate civil rights lawsuit. Plaintiff filed his initial Complaint on April 5, 2017. ECF No. 1-1. Pursuant to the Court's Screening Order, Plaintiff was allowed to proceed on one claim of retaliation against Defendant Jimenez and one claim of retaliation and due process violations against Defendant Moreda. ECF No. 2 at 8.

On September 11, 2018, the Attorney General entered an Acceptance of Service for Devona Jimenez and Patrick Moreda. ECF No. 9.

On October 22, 2018, Defendants filed an Answer. ECF No. 10.

On January 15, 2019, the Court issued its Scheduling Order. ECF No. 11. Pursuant to the Scheduling Order, discovery in this action must be completed by April 17, 2019, and summary judgment motions must be filed by June 3, 2019. *Id*.

On April 14, 2019, Plaintiff filed a Motion to Compel Discovery. ECF No. 14.

On April 17, 2019, the discovery period expired. ECF No. 11.

On April 26, 2019, Defendants filed their Opposition to Plaintiff's Motion to Compel Discovery. ECF No. 15.

On May 31, 2019, Defendants filed a motion to extend the time to file a summary judgment motion for thirty (30) days. ECF No. 19.

This second motion for an extension of time to file a summary judgment motion follows.

**II.  APPLICABLE LAW**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), the Court may extend the time to perform an act within a specified time for good cause shown.

**III.  ARGUMENT**

Defendants submit that good cause exists for an additional thirty (30) day extension of time to file a summary judgment motion. Since Defendants requested an extension of time on May 31, 2019, the undersigned has made some progress in drafting the summary judgment motion, including the introduction and background section and the statement of

undisputed facts. *See* Exhibit 1 (Declaration of Counsel). However, the undersigned has been unable to complete the motion due to his responsibilities to meet deadlines in other cases and his administrative responsibilities. *See id.* No further requests for extensions of the dispositive motion deadline are anticipated, and the undersigned will make every effort to ensure Defendants' motion is completed by, or prior to, the new deadline.

DATED this 2nd day of July, 2019.

AARON D. FORD
Attorney General

By: /s/ *Jared M. Frost*
JARED M. FROST (Bar No. 11132)
Senior Deputy Attorney General

*Attorneys for Defendants*
*Devona Jimenez and Patrick Moreda*

## ORDER

**IT IS SO ORDERED.** Defendants shall have until August 2, 2019, to file a Motion for Summary Judgment.

Dated this 10th day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on July 2, 2019, I electronically filed the foregoing **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTION (Second Request)** via this Court's electronic filing system.  Parties who are registered with this Court's electronic filing system will be served electronically.  For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, addressed to the following:

Donald E. Mitchell, #94796
High Desert State Prison
P.O. Box 650
Indian Springs, Nevada  89070
*Plaintiff, Pro Se*

/s/ Carol A. Knight
CAROL A. KNIGHT, an employee of the
Office of the Nevada Attorney General

# EXHIBIT 1

# Declaration of Counsel

# EXHIBIT 1

AARON D. FORD
 Attorney General
JARED M. FROST (Bar No. 11132)
 Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Ave., #3900
Las Vegas, Nevada  89101
(702) 486-3177 (phone)
(702) 486-3773 (fax)
E-mail: jmfrost@ag.nv.gov

*Attorneys for Defendants*
*Devona Jimenez and Patrick Moreda*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD E. MITCHELL, JR., | Case No.  2:17-cv-00986-JAD-BNW |
| Plaintiff, | |
| vs. | **DECLARATION OF COUNSEL** |
| STATE OF NEVADA, ex rel, | |
| Defendants. | |

I, JARED M. FROST, hereby declare, based on personal knowledge and/or information and belief, that the following assertions are true:

1. I am a Senior Deputy Attorney General employed by the Nevada Attorney General in the Litigation Division, and I make this declaration in support of Defendants' motion for an extension of time in which to file a summary judgment motion in the above-captioned matter

2. Since Defendants requested an extension of time on May 31, 2019, the undersigned has made some progress in drafting the summary judgment motion, including a draft of the introduction and background section and the statement of undisputed facts.

1  However, I have been unable to complete the motion due to my responsibilities to meet
2  deadlines in other cases.

3      3.    My responsibilities to meet deadlines during the past thirty (30) days include:
4  *Rexroad v. Nevin*, USDC Case No. 2:17-cv-01629 (answer to complaint filed 06/04/19); *Howard
5  v. Cox*, USDC Case No. 2:17-cv-01002 (notice of appearance filed 06/05/19); *Peck v. State of
6  Nevada,* USDC Case No. 2:18-cv-00237 (response to motion for injunction filed 06/07/19);
7  *Hernandez v. Aranas*, USDC Case No. 2:18-cv-00102 (response to motion for appointment of
8  counsel filed 06/07/19); *Peck v. State of Nevada,* USDC Case No. 2:18-cv-00237 (response to
9  motion for sanctions filed 06/11/19); *Linsey v. Dzurenda*, USDC Case No. 2:18-cv-00902
10 (motion for reconsideration filed 06/11/19); *Johnson v. Lewis,* USDC Case No. 2:17-cv-01668
11 (response to motion to dismiss filed 06/19/19); *Brown v. State of Nevada*, USDC Case No. 2:17-
12 cv-00832 (acceptance of service filed 06/20/19); *Reese v. Fulker*, USDC Case No. 2:17-cv-01627
13 (motion to extend discovery deadlines filed 06/20/19); *Farvela v. Barth,* USDC Case No. 2:16-
14 cv-00831 (settlement conference statement submitted 06/22/19); *Furtado v. State of Nevada,*
15 USDC Case No. 2:18-cv-00188 (stipulation to stay case for settlement negotiations filed
16 06/25/19); *Peck v. State of Nevada,* USDC Case No. 2:18-cv-00237 (28-page motion to dismiss
17 filed 06/28/19); *Farvela v. Barth,* USDC Case No. 2:16-cv-00831 (settlement conference
18 conducted on 06/28/19).

19     4.    My administrative responsibilities have also impacted my ability to work on this
20 case in the past thirty (30) days. These responsibilities include review of attorney work
21 product, including court filings, drafted by other attorneys in the Litigation Division, the
22 supervision of a summer law intern, and various assignments to review internal policies and
23 practices.
24 ///
25 ///
26 ///
27 ///
28 ///

Page **2** of **3**

5.     This request is made in good faith and not for the purpose of delay.

Pursuant to 28 U.S.C. section 1746 Declarant certifies, under penalty of perjury, that the foregoing is true and correct.

DATED this 2nd day of July, 2019.

                ADAM PAUL LAXALT
                Attorney General

                By: /s/ Jared M. Frost
                      JARED M. FROST (Bar No. 11132)
                      Senior Deputy Attorney General