AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Donald E. Mitchell, Jr.,

             Plaintiff,

  v.

State of Nevada ex rel Nevada Department of Corrections, et al.,

             Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-00986-JAD-BNW

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Defendants against Plaintiff.

 

5/7/2020  
Date

DEBRA K. KEMPI  
Clerk

/s/ J. Callo  
Deputy Clerk